UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Brandon Dale Lowery,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Governor Joe Lombardo; State of Nevada,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01117-GMN-DJA<br><br>**Report and Recommendation** |

　　　　On July 11, 2024, the Court screened Plaintiff's complaint and dismissed it, giving Plaintiff until August 12, 2024, to file an amended complaint. (ECF No. 5). In doing so, the Court informed Plaintiff that "[f]ailure to comply with this order will result in the recommended dismissal of this case." (*Id.*). Plaintiff missed that deadline. On September 16, 2024, the Court ordered Plaintiff to show cause why the Court should not dismiss the action for Plaintiff's failure to prosecute it. (ECF No. 7). The Court required Plaintiff to file a response to that order on or before October 16, 2024. (*Id.*). The Court again warned Plaintiff that failure to comply with the order "will result in the recommended dismissal of this case." (*Id.*). Plaintiff has again missed that deadline and, to date, has not filed anything further in this action. The Court thus recommends that Plaintiff's case be dismissed without prejudice. A dismissal without prejudice allows Plaintiff to refile a case with the Court, under a new case number.

　　　　Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff by email.[1]

---

[1] Plaintiff has not included a physical address with his filings.

| | |
|---|---|
| 1 | **NOTICE** |
| 2 | Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be |
| 3 | in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The |
| 4 | Supreme Court has held that the courts of appeal may determine that an appeal has been waived |
| 5 | due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 |
| 6 | (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to |
| 7 | file objections within the specified time and (2) failure to properly address and brief the |
| 8 | objectionable issues waives the right to appeal the District Court's order and/or appeal factual |
| 9 | issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); |
| 10 | *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). |

DATED: October 30, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE